UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v -

Devonte Francis,

---

20 CR 234(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for June 30, 2022 is adjourned to July 7, 2022 at 10:00 a.m.  Time is excluded from today, until July 7, 2022, from calculation under the speedy trial act in the interest of justice.

_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: June 24, 2022
       New York, New York