UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v -

Devonte Francis,

---

20 CR 234(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The sentencing scheduled for March 29, 2023 is adjourned to April 20, 2023 at 1:00 p.m.

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

Dated: March 16, 2023
       New York, New York